## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COREY ROWE, | : No. 135 EM 2014 |
| Petitioner | : |
| v. | : |
| JAMES ECKARD, SUPERINTENDENT AT SCI-HUNTINGDON, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of October, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.